UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHAVON ADIR WIGGINS, )
)
       Petitioner, )
)
v. ) No. 4:07-CV-1288-TCM
)
STATE OF MISSOURI, )
)
       Respondent. )

## ORDER NUNC PRO TUNC

This matter is before the Court upon review of petitioner's motion to alter/amend the January 22, 2008 Order of Dismissal for failure to pay the filing fee [Doc. #15]. Petitioner claims that he did, in fact, timely pay the filing fee.

Having reviewed this matter, it appears that petitioner has timely paid the filing fee, and that due to a clerical error, the record of payment had not yet been included in the Court's records when the dismissal order was issued on January 22, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to alter/amend judgment [Doc. #15] is **GRANTED.**

**IT IS FURTHER ORDERED** nunc pro tunc that this Court's Order of Dismissal [Doc. #13] is **VACATED.**

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel [Doc. #2], motion to stay [Doc. #3], and motion to supplement the petition [Doc. #5] are **REINSTATED.**

Dated this 11th day of February, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE